**EXHIBIT 2:** INFRINGEMENT

URL: https://rumble.com/v5i6clo--how-feminist-politics-are-destroying-america-along-with-hurricane-milton.html

