IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC., | § § § § | |
| *Plaintiff,* | § § | Case No. 3:25-cv-02768-O |
| v. | § § | Hon. Reed O'Connor |
| LOUDER WITH CROWDER, LLC. | § § § | |
| *Defendant.* | | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE REED C. O'CONNOR (U.S.D.J.)

**MAY IT PLEASE THE COURT,** plaintiff Global Weather Productions, LLC., ("Plaintiff") respectfully notifies the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court adjourn all pending dates, and grant the parties sixty (60) days to consummate their transaction before filing a Notice of Dismissal. No other dates will be impacted by this request. Defendant Louder With Crowder, LLC., consents to the filing of this Notice.

Respectfully submitted,

**SANDERS LAW GROUP**

/s/*James H. Freeman/*
James H. Freeman, Esq.
NY State Bar No.: 4001533
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jfreeman@sanderslaw.group

## **CERTIFICATE OF SERVICE**

      Undersigned hereby certifies that a true and correct copy of the foregoing Notice of Settlement was served on all counsel of record via CM/ECF on January 2, 2026.

/s/jameshfreeman/
James H. Freeman